UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KEVIN X. LU,

                    Plaintiff(s)

        -against-

JUMEI INTERNATIONAL HOLDING LIMITED,
                    Defendant(s).
-------------------------------------------------------------X

26 civ 82 (JGK)

## ORDER

The parties are directed to appear, by phone, for a conference on **Wednesday, February 4, 2026, at 3:00pm.**

Dial-in: 646 453-4442, with access code 67527833#.

**SO ORDERED.**

                                                          **JOHN G. KOELTL**
                                                **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          January 12, 2026

Filed on ECF and mailed to:
Kevin X Lu
2361 Brandini Dr
Dublin, CA 94568