UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN. X. LU,

      *Plaintiff,*

-against-

JUMEI INTERNATIONAL HOLDING LIMITED,

      *Defendant.*

Civil Action No.: 1:26-cv-00082-JGK

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Maria K. Shockley, for admission to practice *Pro Hac Vice* in the above-captioned action is GRANTED.

The Applicant has declared that she is a member in good standing of the bars of the State of Tennessee, Commonwealth of Kentucky, and District of Columbia, and that her contact information is as follows:

Maria Shockley
Lewis Brisbois Bisgaard and Smith LLP
2112 Pennsylvania Avenue NW, Suite 500
Washington, DC 20037
Tel. 202-558-0664
Fax 202-558-0654
maria.shockley@lewisbrisbois.com

The Applicant, having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Jumei International Holding Limited,;

**IT IS HEREBY ORDERED** that the Applicant is admitted *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

2/10/26

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.