```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

KEVIN X LU,

                Plaintiff,        26-cv-0082 (JGK)

    - against -                ORDER

JUMEI INTERNATIONAL HOLDING
LIMITED,
                Defendant.

------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    As discussed in today's telephone conference, the defendant shall file its motion to dismiss by **March 20, 2026**. The plaintiff shall respond by **April 10, 2026**. The defendant shall reply by **April 20, 2026**.

    The Clerk is respectfully directed to close ECF No. 6.

SO ORDERED.

Dated:    New York, New York
           February 11, 2026

                                      _____
                                        John G. Koeltl
                                United States District Judge