UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN X. LU,

Plaintiff,

- against -

JUMEI INTERNATIONAL HOLDING LIMITED,

Defendant.

26-cv-82 (JGK)

**ORDER**

JOHN G. KOELTL, District Judge:

The defendant is directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion to dismiss the amended complaint (ECF No. 26).

SO ORDERED.

Dated: New York, New York
September 7, 2026

John G. Koeltl
United States District Judge