UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN X. LU,

Plaintiff,

- against -

JUMEI INTERNATIONAL HOLDING LIMITED,

Defendant.

26-cv-82 (JGK)

**Order**

**John G. Koeltl, District Judge:**

The motion to dismiss the complaint (ECF No. 12) is **denied** without prejudice as moot.

The motion to compel a Rule 26(f) conference (ECF No. 41) is **denied.**

The case is **stayed** pending a decision on the motion to dismiss the amended complaint (ECF No. 26).

The Clerk of Court is requested to close ECF Nos. 12 and 41.

**SO ORDERED.**

**Dated:** New York, New York
October 9, 2026

John G. Koeltl
United States District Judge